FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 12 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:20-cv-00145-LPR-JTK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: ~~scribbled out~~
ADC # _____

Address: _____

Name of plaintiff: Christian L. Damian Knight
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Saline Co. Sheriff Depaet.
Position: Detention Facility
Place of employment: 735 South Neeley
Address: Benton AR 72015

Name of defendant: Turn Key Healthcare
Position: Health Care Provider
Saline County Detention Fac.

-4-

This case assigned to District Judge Rudofsky
and to Magistrate Judge Kearney

Place of employment: _Saline County Detention fac._

Address: _735 South Neeley Benton AR 72015_

Name of defendant: _All Nurses Regarding my_

Position: _Medical Case_

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☒ official capacity only
    ☐ personal capacity only
    ☐ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___ No ☒

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: _Saline County Detention Ine 735 South Neeley Benton AR 72015_

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

     ✓   in jail and still awaiting trial on pending criminal charges

     ___   serving a sentence as a result of a judgment of conviction

     ✓   in jail for other reasons (e.g., alleged probation violation, etc.) explain: _Parole Violation / 90 days // Completed Now Awaiting ~~new~~ newer felony Charges_

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

     A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

         Yes ✓   No ___

     B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?



Yes ✓    No

If not, why? No further Appeal Process Allowed

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Since my Incarceration Here I have files Approx 30 Sick Calls and Req/Grievances Concerning my Medical and Mental Health History with meal requirements Allergy and Rx for medications with numerous Denials and outright Refusal to list or even check for my Mental Health history. Causing undue Duress and mental suffering and Physical Pain Also 26 Pounds of weight loss as of To Day from my Intake 186 lbs to 159.9 lbs Due to Dietary Restrictions. All Responses to Sheriff's About meals Are Denied with statements that all Meals Are the Same (fictitious) ...

-7-

I suffer from ADHD, PTSD, Bipolar schitzoeffetive Disorder. with multiple Institutional Records. And Multiple Doctor verifying Both mental And Physical Chronic And Acute Ailments, Hypoglycemia And Intestinal Malfuntions. Siastic Colon Palape and weight loss due to Caloric Dietary Restriction

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

force Saline County to provide Medical/Mental Health or Release Me on Own Recognizance to get proper treatment and compensation

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____

_____

_____
Signature(s) of plaintiff(s)

for Pain/suffering Mental/Physical Due to lack of Adaquate Healthcare Here. At this facility. I've Tried To speak with facility Medical And Staff Numerous Times. And Been Threatend with Isolation As Response to my Aggravation with Constant Denial to Health Care Concerns! Approx 7 1/2 month To Date Monitary Damages ARE To Be Discussed After Trial.

A

02/03/2020 12:42:56Christian Knight113013Asickcall ibuprofern**Response by:** Nurse

**Response date:** 02/03/2020 16:38:45

**Inmate Read Comment:**

**Comment:**you will be seen in sick call -SS,LPN

*APAP -refuses APAP*

CityTeleCoin Video Manager

02/02/2020 12:29:14Christian Knight113013Astill no pooping ,, stomach pain, no more fiber pills exxxxxx laxxxxxxx please**Response by:** Nurse

**Response date:** 02/02/2020 16:22:15

**Inmate Read Comment:**

**Comment:**you will be seen in sick call -SS,LPN

Colace 200mg
Bid x 14days

01/29/2020 12:06:17 Christian Knight 113013A still not pooping, and naprox sucks can i get ibupropren **Response by:** Nurse

**Response date:** 01/30/2020 08:53:22

**Inmate Read Comment:**

**Comment:** You will be seen at sick call tomorrow. -MM,LPN

159.9

MOM



01/27/2020 16:35:06Christian Knight113013Aim expriencing exxessive weight loss and abdominal pain.could i please be put on sick call list**Response by:** Nurse

**Response date:** 01/27/2020 16:57:48

**Inmate Read Comment:**

**Comment:**you will be seen in sick call -SS,LPN

*provider- fiber lax*
*-stool softner- longer than 3days*

01/22/2020 17:38:08Christian Knight113013Aare you going to see me about my abdominal pain inside my intestins and weight loss**Response by:** Nurse

**Response date:** 01/23/2020 06:38:58

**Inmate Read Comment:**

**Comment:**Your sick call has been scheduled. Trobison, LPN

*out to Hosp. (Psych)*

01/18/2020 09:25:54Christian Knight113013Ai need to get ibuprofen for my shoulder and neck please**Response by:** Nurse

**Response date:** 01/18/2020 16:52:52

**Inmate Read Comment:**

**Comment:** you will be seen in sick call -SS,LPN

provider- Naproxen
500mg bid
x 30 days

01/19/2020 17:38:32 Christian Knight 113013 A! medical records as to on going and past medical conditions and needs. Medical has even refused to. Check with turn key accumulated records at Pulaski county or Arkansas state hospital California state hospital(Patton) or Arkansas department of correction medical. Stating that it doesent apply nor is necessary in my case. I have ongoing chronic and acute .ailments . which you have continued. To intentionally neglect . while I'm here at this jail . denied is my response always **Response by:** Nurse

**Response date:** 01/20/2020 16:41:04

**Inmate Read Comment:**

**Comment:** You put in an issue. you were seen in isck call. You tried to continue on about different issues and that's not how it works. You can only be seen for one issue per day per sick call. -SS,LPN

This is just one of the Denial Responses since I've been here in Saline Co Jail and I am being refused Notary Republic Services Also for this and copies of my Accounts to send to you! I am Broke I owe 105.00 for Medical Sick Calls and they still havent got my medical Records Nor have my mental health Been Taken Care of either.

Chrestian L. Knight #113013
735 S. Neeley
Benton AR.
72015



Pro SE Clerk
600 West Capitol Ave
Room A 149
Little Rock AR 72201