# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTIAN LADAMIAN KNIGHT,**  **PLAINTIFF**
**#113013**

**v.**  **4:20CV00145-BRW-JTK**

**SALINE COUNTY SHERIFF'S DEPARTMENT, et al.**  **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Plaintiff's Amended Complaint against Defendants is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

I certify that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 4th day of August, 2020.

        Billy Roy Wilson_____
        UNITED STATES DISTRICT JUDGE