**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRISTIAN LADAMIAN KNIGHT,**                                                        **PLAINTIFF**
**#113013**

**v.**                                          **4:20CV00145-BRW-JTK**

**SALINE COUNTY SHERIFF'S DEPARTMENT, et al.**                    **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order today, it is Considered, Ordered, and Adjudged that this case is

DISMISSED without prejudice.

I certify that an <u>in forma pauperis</u> appeal from this Judgment and accompanying

Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of August, 2020.

<u>Billy Roy Wilson</u>_____
UNITED STATES DISTRICT JUDGE

1